# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0084

VERSUS

WILLIAM LEE WALLACE

**MAR 0 3 2020**

---

In Re:   William Lee Wallace, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 01-11-0577.

---

BEFORE:   **WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

**WRIT DENIED AS MOOT.**   The record of the Clerk of Court of East Baton Rouge Parish reflects the district court denied relator's application for postconviction relief on January 31, 2020.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.